# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES - REOPENING/CLOSING

Case No. 2:17-cv-01931-JFW-RAOx     Date 6/7/17

Title: CONCEPT ACQUISITIONS, LLC v. DAVID NORFOLK

Present: The Honorable John F. Walter

| Shannon Reilly | Not Reported |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |

Attorneys Present for Plaintiffs:   Attorneys Present for Defendants:

Not Present   Not Present

Proceedings:  ☐ In Court   ☒ In Chambers   ☐ Counsel Notified

☐ Case previously closed in error. Make JS-5.

☐ Case should have been closed on entry dated _____.

☐ Case settled but may be reopened if settlement is not consummated within _____ days. Make JS-6.

☒ Other  NOTICE of Voluntary Dismissal filed by Plaintiff [13] - Make JS-6

☐ Entered _____.

Initials of Preparer     sr

CV-74 (10/08)     **CIVIL MINUTES - REOPENING/CLOSING**